**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201
(501) 604-5140
Facsimile (501) 604-5149

July 12, 2011

Mr. Edward I. Zwilling
Schwartz Zweben & Slingbaum LLP
600 Vestavia Parkway, Suite 251
Birmingham, AL 35216

David P. Martin
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893

    Re:    *Bloodworth v. Broadmoor Shopping Center, LLC*, No. 4:11CV00143-BRW

Dear Counsel:

What is the status of the referenced case? I note that there has been no activity on the docket since the April 25, 2011 status report.

Please respond by noon, Friday, July 15, 2011.

    Cordially,

    /s/Billy Roy Wilson

cc:    Clerk of the Court